# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 4:04cr51-RH/WCS

NICHOLAS BRYANT,

      Defendant.

_____/

## ORDER DEFERRING RULING ON MOTION
## FOR APPOINTMENT OF AN ATTORNEY ON APPEAL

Defendant Nicholas Bryant entered a guilty plea and was sentenced. He has appealed. He has moved for appointment of an attorney for purposes of the appeal. Mr. Bryant was represented at trial and through sentencing by a retained attorney, Clyde M. Taylor, Jr. Mr. Taylor has not moved for leave to withdraw.

Mr. Bryant appears to qualify financially for appointment of an attorney, subject, however, to confirmation that his retained attorney has not already been paid to handle an appeal, and that the source of funds used for retention of an attorney at trial is not reasonably available for retention of an attorney on appeal. If Mr. Bryant qualifies for appointment of an attorney on appeal, an attorney will be appointed.

Consideration of Mr. Bryant's motion for appointment of an attorney on appeal will be deferred pending submission of an affidavit of Mr. Taylor setting forth the financial arrangements under which he represented Mr. Bryant in this court sufficient to allow meaningful review of whether, and if appropriate a finding that, Mr. Taylor was paid a fee that covered only services rendered in the district court, Mr. Taylor did not agree to perform any services on appeal in exchange for the fee that was paid, the fee that was paid did not exceed a reasonable fee for services rendered in the district court, and Mr. Taylor has been paid no amount for services on appeal. Any such affidavit may be submitted ex parte and under seal.

For these reasons,

IT IS ORDERED:

Defendant's motion for leave to proceed *in forma pauperis* and for appointment of an attorney on appeal is GRANTED IN PART and DEFERRED IN PART. Leave to proceed *in forma pauperis* on appeal is granted. Consideration of the motion for appointment of an attorney is deferred pending filing of an affidavit in accordance with this order.

SO ORDERED this 10th day of August, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge